UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:03CR16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (3) JAMAL BAILEY ) | |
| ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to JAMAL BAILEY, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 7th day of October, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE